F.#2000RO0860
F.#2001VO1283

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

       v.

ALAN BERKUN, et. al.,

       Defendants.

- - - - - - - - - - - - - - - -X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★   JUL 2 2007   ★

P.M. _____
TIME A.M. _____

Criminal Action. No.
CR-00-1248

(Glasser, J.)

       Upon the application of ROSLYNN R. MAUSKOPF, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Kathleen Nandan, it is hereby ORDERED that the following sealed documents, all dated May 22, 2007, be unsealed: Seizure Warrant and Affidavit in Support of Application for Seizure Warrant.

Dated:    Brooklyn, New York
           June 28th, 2007

_____
The Honorable I. Leo Glasser
United States District Judge